E-FILED: **4/27/10**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ, ) | CASE NO. CV 10-2229-GHK (AGRx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| COUNTRYWIDE HOME LOANS, INC., ) | |
| Defendant. ) | |

    Pursuant to our April 27, 2010 Order issued concurrently herewith, this action is **DISMISSED with prejudice** against Defendant Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender.  Plaintiff **SHALL** take nothing by her Complaint.  The Lis Pendens is hereby **EXPUNGED**.

    **IT IS SO ORDERED**.

DATED: April 27, 2010

_____
GEORGE H. KING
United States District Judge